
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/11/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

UNITED STATES OF AMERICA

VERSUS

COREY EDWARD MICHAELS

CRIMINAL CASE NO. 2:01CR20066-02
JUDGE HAIK
MAG. JUDGE METHVIN

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

X    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 11th day of September, 2006.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE