RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  1/12/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 10-cv-01697 |
| | CRIMINAL NO. 01-cr-20066 |
| VERSUS | JUDGE HAIK |
| COREY EDWARD MICHAELS | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the petitioner's motion be deemed a successive habeas petition and that this matter be transferred to the United States Court of Appeals for the Fifth Circuit, pursuant to 28 U.S.C. § 1631, for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(d).

Lafayette, Louisiana, this 11th day of ~~December, 2010~~ January, 2011.

_____
RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE