U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

MAY 27 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| COREY EDWARD MICHAELS<br>Prisoner #11002-035 | CRIMINAL NO. 01-CR-20066(02)<br>CIVIL ACTION NO. 10-CV-1697 |
| VERSUS | JUDGE HAIK |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

The Motion to Vacate, Set Aside or Correct Sentence [Doc. 160] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the objections filed by the mover, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the subject motion is deemed successive and it shall be TRANSFERRED to the United States Fifth Circuit Court of Appeals pursuant to 28 U.S.C. §1631 for further proceeding as provided by 28 U.S.C. §2244.

Signed at Lafayette, Louisiana, this 23 day of May, 2014

DISTRICT JUDGE RICHARD T. HAIK, SR.