UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 6:01CR20066-02 |
| | * | |
| | * | JUDGE MINALDI |
| v. | * | |
| | * | |
| COREY EDWARDS MICHAELS | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 176] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, considering the objections filed by the defendant (Rec. Doc. 177) and having determined that the Magistrate Judge's findings are correct under applicable law,

**IT IS ORDERED** that the defendant's Motion for Modification of Sentence and Post-rehabilitation Relief (Rec. Doc. 173) be and hereby is **DENIED**.

Lake Charles, Louisiana, this _____ day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE